**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on February 23, 2015**

*A. Jay Cristol signature*

**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−32789−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Lazaro Garcia
aka Lazaro Enrique Garcia
POB 350263
Miami, FL 33135

SSN: xxx−xx−9005

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.